# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | |
| vs.        ) | 8:06CR19 |
| ) | |
| HECTOR BARRIENTOS,        ) | **SCHEDULING ORDER** |
| ) | |
| Defendant.        ) | |

Before the Court is defendant's Motion to Continue Detention Hearing [23]. Good cause being shown, the motion is granted and the previously scheduled detention hearing for the defendant is rescheduled.

IT IS ORDERED:

1. That the Motion to Continue Detention Hearing [23] is granted; and

2. That the detention hearing for the defendant Hector Barrientos is continued to **March 8, 2006 at 1:30 p.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 1st day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge