# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR19** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HECTOR BARRIENTOS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jeffrey L. Thomas of the Federal Public Defenders Office to withdraw as counsel for the defendant, Hector Barrientos [26]. Since retained counsel, Alan G. Stoler, has entered an appearance for the defendant [25], the motion to withdraw [26] is granted.  Mr. Thomas shall be deemed withdrawn as attorney of record and  shall forthwith provide Mr. Stoler  with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Thomas which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge