IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                       )<br>              Plaintiff,                  )<br>                                                       )<br>     vs.                                           )<br>                                                       )<br>HECTOR BARRIENTOS,              )<br>                                                       )<br>              Defendant.              ) | Case No. 8:06CR019<br><br><br>**SCHEDULING ORDER** |

   **IT IS ORDERED** that the following is set for hearing on **Monday, April 10, 2006 at 2:30 p.m.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

   - Motion to Review Detention Order [#41] filed by the defendant

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 31st day of March 2006..

                                                       BY THE COURT:


                                                       s/ F. A. Gossett
                                                       United States Magistrate Judge